AO 470 (Rev. 12/03) Order of Temporary Detention

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

v.  Case Number:  05-M-8049-01-JPO

NORMAN SHAW, JR.

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon motion of the plaintiff, it is ORDERED that a preliminary and detention hearing is set for **June 22, 2005, at 9:30 a.m.**, before U.S. Magistrate Judge James P. O'Hara, Courtroom 236, 500 State Avenue, Kansas City, Kansas. Pending this hearing, the defendant shall be held in custody by the United States marshal and produced for the hearing.

Date:  June 17, 2005

    s/  James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. § 3142(f)(2).

A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion is there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.